UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JASON L. WICHERT,

        Plaintiff,                Case No. 1:07-cv-853

v.                                        Honorable Wendell A. Miles

PATRICIA CARUSO et al.,

        Defendants.
_____/

## **ORDER**

In accordance with the opinion entered this day:

IT IS ORDERED Defendants Caruso, Pramstaller, MDOC and MDOC Bureau of Health Care Services are dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's action against Defendants CMS, Dillard, Tyree, Weipport, Levine and Calica be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).


Dated: October 2, 2007                                    /s/ Wendell A. Miles
                                                        Wendell A. Miles
                                                        Senior United States District Judge